GRAMMERCY INVESTING COMPANY v. BANK OF UNITED STATES and Others,

Impleaded with HOWARD G. WELSCH.— Motion to dismiss appeal granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.